NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 15 2015

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-30199 |
| Plaintiff - Appellee, | D.C. No. 6:09-cr-00003-CCL |
| v. | |
| CODY INGRAHAM, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Submitted April 7, 2015**

Before:     FISHER, TALLMAN, and NGUYEN, Circuit Judges.

Cody Ingraham appeals from the district court's judgment and challenges

the 24-month sentence imposed upon revocation of supervised release.   We have

jurisdiction under 28 U.S.C. § 1291, and we affirm.

Ingraham contends that his sentence is substantively unreasonable in light of

---

\*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*        The panel unanimously concludes this case is suitable for decision
without oral argument.   *See* Fed. R. App. P. 34(a)(2).

his history of substance abuse and request for substance abuse treatment. The district court did not abuse its discretion in imposing Ingraham's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Ingraham's history of violating supervised release and the need to protect the public. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**

14-30199